UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BOBBY CANTU RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>HOPE MUINOZ, et al.,<br><br>Defendants. | No. 2:19-cv-0309 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. (ECF No. 16.) He seeks an additional ninety days on the ground that he requires the additional time to gather evidence of his claims to submit. (Id.) Plaintiff is not required to submit evidence of his claims at this stage. Furthermore, plaintiff should not attach documents to his complaint because the court will not review the attachments to the complaint in order to determine what claims he may be trying to make. In the complaint, plaintiff should focus on explaining to the court, in his own words and without referring to exhibits, what each defendant did that he believes violated his rights. Plaintiff's motion for extension will therefore be granted only in part.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 16) is granted in part, and plaintiff shall have thirty days from the service of this order

////

////

to file an amended complaint. Failure to file an amended complaint in accordance with this order will result in dismissal of this action.

Dated: June 3, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rami0309.36

2