UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BOBBY CANTU RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>HOPE MUINOZ, et al.,<br><br>Defendants. | No. 2:19-cv-0309 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion seeking reconsideration of the order denying his request for appointment of counsel. (ECF No. 23.) He asserts that his health is continuously deteriorating, and that the medical records he provided with his original motion and that are attached to the motion for reconsideration show that he does not have the mental capacity to proceed without assistance. (Id. at 1.)

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." L.R. 230(j)(3). In denying plaintiff's motion in the first instance, the court found that he had "failed to explain how his medical condition prevent[ed] him from pursuing this case without assistance, and the records submitted [did] not demonstrate such an inability." (ECF No. 21 at 2.) The motion for reconsideration is equally deficient. The court has reviewed the records attached to both the original motion and the

1

motion for reconsideration, and while they do support plaintiff's assertion that he has health issues, they do not show that those issues prevent him from pursuing this case without assistance of counsel or demonstrate that extraordinary circumstances warranting the appointment of counsel exist.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 23) is denied.

Dated: July 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rami0309.reconsider