UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BOBBY CANTU RAMIREZ, | No. 2:19-cv-0309 CKD P |
| Plaintiff, | |
| v. | ORDER |
| HOPE MUINOZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed July 11, 2019, the second amended complaint was dismissed and plaintiff was given thirty days to file an amended complaint. (ECF No. 25.) The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have an additional twenty-one days from service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed without further warning.

Dated: August 27, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rami0309.fta

1